

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00836-CV

Maryvel **SUDAY** and The Estate of Olga Tamez de Suday,
Appellants

v.

Jesus Lozano **SUDAY**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3625CCL
The Honorable Stephen B. Ables, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's June 27, 2023 order is AFFIRMED.

Costs of this appeal are taxed against appellant Maryvel Suday.

All other pending motions are DENIED.

SIGNED January 14, 2026.

_____
Lori Massey Brissette, Justice